IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 4:17-cr-00239-BCW |
| | ) | |
| DOUGLAS LEE FERRELL | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT DOUGLAS LEE FERRELL'S
## PROPOSED WITNESS LIST

Comes now Defendant Douglas Lee Ferrell, by and through his attorney Matthew T. Schelp, and advises this Honorable Court of the witness he anticipates will participate in his sentencing hearing set for April 13, 2018 @ 09:30AM.

1. **Tory Schwope, CEO and Founder DCA Outdoor**: Mr. Schwope will provide an unsworn statement to the Court detailing the employment status and work history of the Defendant.

2. The United States has no objection to this testimony.

3. Defendant believes Mr. Schwope's testimony will be approximately five minutes in length.

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Matthew T. Schelp*
Matthew T. Schelp, #45724MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
E-Mail: matthew.schelp@huschblackwell.com
*Attorney for Defendant Douglas Lee Ferrell*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

                                      */s/ Matthew T. Schelp*
                                      Matthew T. Schelp, #45724MO

2
Case 4:17-cr-00239-BCW   Document 21   Filed 04/11/18   Page 2 of 2